# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AllianceMed LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company, et al.,<br><br>    Defendants. | NO. CV-16-02435-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 30, 2017, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                                      Brian D. Karth
                                                      District Court Executive/Clerk of Court

March 9, 2017

                                                      s/ Rebecca Kobza
                                                By    Deputy Clerk